IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR ARNOLD, Special**
**Administrator of the Estate of**
**DANIEL ARNOLD, deceased,**

**Plaintiff,**

**v.**

**MILLER, d/b/a MILLER SAFETY &**
**FIRST AID PRODUCTS, et al.,**

**Defendants.**                                              No. 08-CV-00234-DRH

### ORDER

**HERNDON, Chief Judge:**

### I. INTRODUCTION

This matter comes before the Court on Defendant Elk River's motion to stay all proceedings and briefings until Plaintiff's motion to remand has been ruled upon. (Doc. 42.) On March 28, 2008, Plaintiff filed a motion to remand. (Doc. 13.) Defendants Haun Drop Forge Co. Ltd. and Pensafe, Inc. filed a response in opposition on April 18, 2008. (Doc. 38.) On April 22, 2008, Defendant Elk River also filed a response in opposition to the motion to remand. (Doc. 40.) Plaintiff's time to file a reply has not yet expired. Once briefing of the motion is complete, the Court will take the motion under advisement. However, until the Court determines whether it has jurisdiction over this matter, it cannot proceed on any other matters in this case. Therefore, the Court **GRANTS** Defendant Elk River's motion to stay and **STAYS all** proceedings and briefings in this case until the Court has had an

opportunity to rule upon Plaintiff's motion to remand. (Doc. 13.) If Plaintiff's motion to remand is denied, the Court will then lift the stay and take up the motion for leave to conduct expedited discovery and to stay ruling on Plaintiff's motion to dismiss (Doc. 41), and reset deadlines as needed.

**IT IS SO ORDERED.**

Signed this 1st day of May, 2008.

/s/    DavidRHerndon

**Chief Judge
United States District Court**