IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARTHUR ARNOLD, Special Administrator of the Estate of DANIEL ARNOLD, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08-234 DRH-CJP |
| MILLER, d/b/a MILLER SAFETY & FIRST AID PRODUCTS, HAUN DROP FORGE CO., LTD., PENSAFE, INC., ELK RIVER, KLEIN TOOLS, INC., and MARCAL ROPE & RIGGING, INC., | ) ) ) ) ) ) | Removed from Madison County Circuit Court, No. 07-L-692 |
| Defendants. | ) ) | |

## **ORDER**

This cause coming before the Court on defendant Miller Holdings LP's, d/b/a Miller Safety & First Aid Products, Motion to Vacate Default Judgment (Doc. 59), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that upon good cause shown, the default judgment entered on February 19, 2008 against defendant Miller Holdings LP, d/b/a Miller Safety & First Aid Products, is vacated. Defendant Miller Holdings LP, d/b/a Miller Safety & First Aid Products, is hereby granted thirty (30) days from the entry of this Order in which to respond to plaintiff's Complaint.

DATE: July 17, 2008

/s/  *David R Herndon*
Chief Judge United States District Court