IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR ARNOLD, Special**
**Administrator of the Estate of**
**DANIEL ARNOLD, deceased,**

**Plaintiff,**

**v.**

**MILLER, d/b/a MILLER SAFETY &**
**FIRST AID PRODUCTS, et al.,**

**Defendants.**                           No. 08-CV-00234-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Plaintiff's motion to reconsider, or to modify, order allowing intervention. (Doc. 63.) An Order dated July 21, 2008 (Doc. 62) granted Tower Maintenance's motion to intervene, but incorrectly referred to Tower Maintenance as a "Plaintiff-Intervenor." (Doc. 62, p. 2, line 8.) The Order should have referred to Tower Maintenance as simply an "Intervenor." Therefore, the Court **GRANTS** Plaintiff's motion and **AMENDS** the previous order dated July 21, 2008. (Doc. 62.) . Tower Maintenance shall be considered an "Intervenor" and referred to as such from here on out.

**IT IS SO ORDERED.**

Signed this 29th day of July, 2008.

/s/   *David R. Herndon*

**Chief Judge**
**United States District Court**