IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR ARNOLD, Special Administrator**
**of the Estate of Daniel Arnold, Deceased,**

**Plaintiff,**

**v.**

**MILLER, d/b/a MILLER SAFETY & FIRST**
**AID PRODUCTS, HAUN DROP**
**FORGE Co., LTD., PENSAFE, INC., and**
**ELK RIVER, INC.,**

**Defendant.** No. 08-234-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's motion for extension of time to respond to Defendant Miller's motion for summary judgment (Doc. 114). Plaintiff argues that he is unable to respond to Miller's motion because discovery has been limited pending this Court's ruling on jurisdiction. Plaintiff requests additional time after the ruling on jurisdiction in which to respond to Miller's motion for summary judgment. On July 9, 2009, the Court entered its ruling on the jurisdiction issue. Therefore, based on the reasons in the motion, the Court **GRANTS** Plaintiff's motion (Doc. 114) and gives Plaintiff up to and including **August 13, 2009** in which to file

a response to Defendant Miller's motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 14th day of July, 2009.

/s/     David R Herndon
**Chief Judge
United States District Court**