UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR ARNOLD, Special Administrator of the Estate of Daniel Arnold, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MILLER, d/b/a MILLER SAFETY & FIRST AID PRODUCTS, HAUN DROP FORGE CO., LTD., PENSAFE, INC., and ELK RIVER, INC.,<br><br>    Defendants.<br>================================<br>PENSAFE, INC., and HAUN DROP FORGE COMPANY, LTD. n/k/a PENSAFE, INC.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>TOWER MAINTENANCE & ERECTION CORPORATION,<br><br>    Third-Party Defendant. | Case No. 3:08-CV-00234-DRH-CJP |

## STIPULATION FOR DISMISSAL

NOW COME the parties, through their counsels and show the Court by this Stipulation for Dismissal that the parties hereby stipulate and agree to move the Court to dismiss this cause in its entirety with prejudice, each party to bear their own costs. The terms of the agreed upon settlement are memorialized in the Release of All Claims. The settlement having been submitted and approved by the court in the Circuit Court Third Judicial Circuit, Madison County, Illinois. This dismissal pursuant to settlement resolves all claims filed or that could have been filed as a result of Daniel Arnold, decedent's August 3, 2005 accident.

Respectfully submitted,

By: *(signature)* Mary M. Brauer
**Attorneys for Plaintiff**
**Arthur Arnold**
Bruce N. Cook
Mary Mansfield Brauer
Cook Ysura Bartholomew Brauer & Shevlin, Ltd.
12 West Lincoln Street
Belleville, Illinois 62220

By: *(signature)*
**Attorneys for Defendants**
**Pensafe, Inc., And Haun Drop Forge Company, Ltd. N/K/A Pensafe, Inc.**
Gary T. Jansen,
Cremer Spina Shaughnessy Jansen & Siegert, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3024 – Telephone
(312) 726-3818 – Fax

By: *(signature)* Mary Anne Mellow
**Attorneys for Defendant**
**Elk River**
Mary Ann Mellow
Andrew Ryan
Natalie Kussart
Sandberg Phoenix & von Gontard, P.C.
One City Centre, 15th Floor
515 North 6th Street
St. Louis, Missouri 63101-1880

By: *(signature)*
**Attorneys for Intervening Petitioner**
**Tower Maintenance & Erection Corporation**
Portia C. Kayser
Baker Sterchi Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
Telephone: (314) 231-2925
Facsimile: (314) 231-4857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR ARNOLD, Special Administrator of the Estate of Daniel Arnold, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MILLER, d/b/a MILLER SAFETY & FIRST AID PRODUCTS, HAUN DROP FORGE CO., LTD., PENSAFE, INC., and ELK RIVER, INC.,<br><br>    Defendants. | No. 3:08-CV-00234-DRH-CJP |

### CERTIFICATE OF SERVICE

I hereby certify that on **February 22, 2011,** I electronically filed the parties' Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Bruce N. Cook (bncook@cooklawoffice.com)
Mary Anne Mellow (mmellow@spvg.com, twhite@spvg.com)
Andrew D.Ryan (aryan@apvg.com)
Gary T. Jansen (gjansen@cksslaw.com)
Portia C. Kayser (pkayser@bscr-law.com)
Lawrence L. Pratt  (pratt@bscr-law.com)

s/Gary T. Jansen
Gary T. Jansen
ARDC No. 1688081
Cremer Spina Shaughnessy Jansen & Siegert, LLC
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 726-3800 - Telephone
(312) 726-3818 - Facsimile
gjansen@cremerspina.com - E-Mail

Document No. 207130