IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR ARNOLD, Special Administrator
of the Estate of Daniel Arnold, Deceased,

Plaintiff,

v.

MILLER, d/b/a MILLER SAFETY & FIRST
AID PRODUCTS, HAUN DROP
FORGE Co., LTD., PENSAFE, INC., and
ELK RIVER, INC.,

Defendant.                                              No. 08-234-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation for Dismissal (Doc. 194) filed by counsel for the parties. Specifically, the parties request that the case be dismissed with prejudice, each party to bear its own costs. The parties note that the case has settled and that dismissal pursuant to settlement resolves all claims in this case. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, with each party to bear its own costs. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2011.

David R. Herndon
2011.02.23
11:29:03 -06'00'

Chief Judge
United States District Court