IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR ARNOLD, Special Administrator
of the Estate of Daniel Arnold, Deceased,

      Plaintiff,

v.

MILLER, d/b/a MILLER SAFETY & FIRST
AID PRODUCTS, HAUN DROP
FORGE Co., LTD., PENSAFE, INC., and
ELK RIVER, INC.,

      Defendant.                           No. 08-CV-234-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed February 22, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 23, 2011, this case is **DISMISSED** with prejudice, in its entirety. Each party shall bear their own costs.

                                      **NANCY J. ROSENSTENGEL,**
                                      **CLERK OF COURT**

                            **BY:**      /s/*Sandy Pannier*
                                      **Deputy Clerk**

Dated: February 23, 2011

David R. Herndon
2011.02.23
14:08:16 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT